UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUSSELL D. HICKMAN,

          Plaintiff,

   v.

GRAYS HARBOR SUPERIOR COURT,

          Defendant.

CASE NO. 3:21-CV-5297-JCC-DWC

REPORT AND RECOMMENDATION

Noting Date: August 13, 2021

    The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Russell DeWayne Hickman, proceeding *pro se*, initiated this civil rights action on April 23, 2021. *See* Dkt. 1. On June 9, 2021, the Court screened Plaintiff's Proposed Complaint and found it was deficient ("Order"). Dkt. 4. The Court ordered Plaintiff to correct the deficiencies of the Proposed Complaint on or before July 9, 2021. *Id*. In the Order, the Court warned Plaintiff that failure to file an amended complaint or otherwise respond to the Order would result in the Court recommending dismissal of this action. *Id*. at 4.

    Plaintiff has failed to comply with the Court's Order. He has not filed a response to the Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to

REPORT AND RECOMMENDATION - 1

1  state a claim upon which relief can be granted in the Proposed Complaint. *See* Dkt. 4. Therefore, the Court recommends this case be dismissed without prejudice for failure to follow a Court order and failure to provide a servable complaint. The Court also recommends Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 1) be denied as moot.

As Plaintiff failed to state a claim upon which relief could be granted, the Court finds this case should be considered a "strike" under 28 U.S.C. § 1915(g).

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on August 13, 2021, as noted in the caption.

Dated this 26th day of July, 2021.

David W. Christel
United States Magistrate Judge