THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSSELL D. HICKMAN, | CASE NO. C21-5297-JCC |
| Plaintiff, | ORDER |
| v. | |
| GRAYS HARBOR SUPERIOR COURT, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge (Dkt. No. 5), the lack of objections thereto, and the relevant record, hereby ORDERS:

1. The Court ADOPTS the R&R (Dkt. No. 5).
2. Plaintiff's claims are DISMISSED without prejudice, Plaintiff's motion to proceed *in forma pauperis* (Dkt. No. 1) is DENIED as moot, and this case is considered a strike under 28 U.S.C. § 1915(g).
3. The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Honorable David W. Christel.

//

//

//

1    DATED this 13th day of August 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-5297-JCC
PAGE - 2